EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | 2016 TSPR 220 |
|---|---|
| Raúl J. Escudero Villeta | 196 DPR ____ |

Número del Caso: TS-5677

Fecha: 28 de octubre de 2016

Abogado del Peticionario:

Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex Parte*:

Raúl J. Escudero Villeta

TS-5677

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de octubre de 2016.

Examinado el *Escrito Informando Cumplimiento con los Cursos y Solicitud de Reinstalación* presentado el 19 de octubre de 2016 por el Sr. Raúl J. Escudero Villeta, se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo